**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**MYLES ARMSTRONG**                                                    **PLAINTIFF**
**#663707**

**V.**                          **NO. 2:25-cv-00239-LPR-ERE**

**ROSE,** *et al.*                                                     **DEFENDANTS**

**RECOMMENDED DISPOSITION**

## I.      Procedure for Filing Objections

This Recommended Disposition ("RD") has been sent to United States District Lee P. Rudofsky. You may file written objections to all or part of this RD. Objections, if filed, must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this RD. If you do not object, you risk waiving the right to appeal questions of fact.

## II.     Background

On December 2, 2025, *pro se* plaintiff Myles Armstrong, formerly an inmate at the Phillips County jail, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 1.*

On January 6, 2026, mail sent to Mr. Armstrong from the Court was returned as undeliverable. *Doc. 9.*

On January 7, 2026, I ordered Mr. Armstrong to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 10.* To date, Mr. Armstrong has not responded to the Court's January 7 Order, and the time to do so has passed.

Mr. Armstrong has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Armstrong regarding his lawsuit.

## III.    Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.    Mr. Armstrong's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's January 7 Order; (3) update his address; and (4) prosecute this lawsuit.

2.    The Clerk be instructed to close this case.

DATED 11 February 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2